**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| Brooks Barber, individually and on )<br>Behalf of similarly situated, )<br>    Plaintiff )<br> )<br>v. )<br> )<br>Bauer Hockey, LLC, )<br>    Defendant )<br>_____ ) | C.A. No.: 1:21-cv-00742 |

## Stipulation of Dismissal With Prejudice

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Brooks Barber and Defendant Bauer Hockey, LLC stipulate that all claims in the above action, which were brought or could have been brought by any of the above named parties, shall be dismissed, with prejudice, without costs, with each party bearing their own fees and costs, and waiving all rights of appeal.

1

4862-0093-4022.1

Respectfully submitted,

| | |
|---|---|
| Defendant Bauer Hockey, LLC<br>By its attorneys, | Brooks Barber,<br>By his attorneys, |

Hannah Zaitlin, Esq.
Donald W. Schroeder, Esq., *Pro Hac Vice*
Katharine O. Beattie, Esq., *Pro Hac Vice*
Sara J. Higgins, Esq., *Pro Hac Vice*
Victoria Breese, Esq., *Pro Hac Vice*
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199-7610
hzaitlin@foley.com
dschroeder@foley.com
shiggins@foley.com

Brandon J. Verdream
Andrew J. Ruxton
Clark Hill PLC
One Oxford Street, 14th Floor
Pittsburgh, PA 15219
bverdream@clarkhill.com
aruxton@clarkhill.com

Pierre A. Chabot
Marrielle Van Rossum
Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 03101
pchabot@devinemillimet.com
mvanrossum@devinemillimet.com

2

4862-0093-4022.1